# United States District Court Violation Notice

CVB Location Code: MD32

**Violation Number:** 6640859
**Officer Name (Print):** D. Dick
**Officer No.:** 5130

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 06/16/2017 21:35
**Offense Charged:** ☒ CFR ☐ USC ☐ State Code
50 CFR 27.31 (g)

**Place of Offense:** CWR- Wildlife Loop

**Offense Description: Factual Basis for Charge:** operate on suspended OL

HAZMAT ☐

### DEFENDANT INFORMATION
**Phone:** (336) 908-8631
**Last Name:** WILSON III
**First Name:** Charles
**M.I.:** H
**Street Address:** 820 E 7th St. Apt 331
**City:** Charlotte
**State:** NC
**Zip Code:** 28202
**Date of Birth:** 10/25/1978
**Drivers License No.:** 5081462
**D.L. State:** NC
**Social Security No.:** 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
☒ Adult ☐ Juvenile  **Sex:** ☒ Male ☐ Female
**Hair:** Bn  **Eyes:** Blu  **Height:** 5'10"  **Weight:** 250

**VEHICLE** VIN: 1GNEK13R2TJ302475  CMV ☐
**Tag No.:** YXP-5547  **State:** NC  **Year:** 96  **Make/Model:** Chevrolet Tahoe  **Color:** Blue

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ _____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** _____
**Date:** _____
**Time:** _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signed]

(Rev. 09/2015)  Original - CVB Copy

CVB SCAN JUL 21, 2017 10:32

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **June 16**, 20**17** while exercising my duties as a law enforcement officer in the **Eastern** District of **Virginia**

I, Federal Wildlife Officer Darin D. Dick, while on uniformed patrol in a marked vehicle within the boundaries of Chincoteague NWR, observed a blue Chevrolet Tahoe bearing NC registration "YXP-5547" operating on the Wildlife Loop that was in an area at approximately 21:35 that closed at dusk.

I conducted a stop on the vehicle and contacted the driver, positively identified as Charles WILSON III. I asked Charles WILSON III to provide me with a driver's license which he stated he did not have and believed his was currently suspended. Upon conducting a records check on his NC issued driver's license, I determined and confirmed that Charles WILSON III's driving privileges were suspended. I issued Charles WILSON III a violation notice (#6640859) for 50 CFR 27.31 (g), operating a vehicle with a suspended driver's license.

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/16/2017   Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident